BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

CHINHAYI COLEMAN CADET (CSBN 194542)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7205
    FAX: (415) 436-7234
    chinhayi.cadet@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 15-00375 EJD |
|     Plaintiff, | [~~PROPOSED~~] ORDER EXCLUDING TIME FROM OCTOBER 1, 2015, THROUGH NOVEMBER 2, 2015 |
|   v. | |
| JESUS ALBERTO BUENO-MEZA, MIGUEL ANGEL BARRETO-MORA, and RAUL GUADALUPE MONJARDIN-IRIBE, | |
|     Defendants. | |

Defendant JESUS ALBERTO BUENO-MEZA represented by Attorney Vicki Young, defendant MIGUEL ANGEL BARRETO-MORA represented by AFPD Graham Archer, defendant RAUL GUADALUPE MONJARDIN-IRIBE represented by Allen Schwartz, and the government represented by Chinhayi Cadet, Assistant United States Attorney, appeared before the Court on October 1, 2015. A detention hearing was conducted for Barreto-Mora, and Barreto-Mora was ordered detained. Bueno-Meza was arraigned on the Indictment, and Vicki Young was appointed as counsel for Bueno-Meza. Raul Monjardin-Iribe was arraigned on the Indictment, and Allen Schwartz was appointed as counsel for Raul Monjardin-Iribe.

At the parties' request, the Court set the matter for status before the Honorable Edward J. Davila, on November 2, 2015, at 1:30 p.m.  On the record, the Government and counsel for JESUS ALBERTO BUENO-MEZA , MIGUEL ANGEL BARRETO-MORA, and RAUL GUADALUPE MONJARDIN-IRIBE, agreed that time should be excluded under the Speedy Trial Act from October 1, 2015, through November 2, 2015, so that defense counsel could prepare and conduct necessary investigation.

Based upon the representations of counsel at the hearing and for good cause shown, the Court finds that failing to exclude the time from October 1, 2015, through November 2, 2015, would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from October 1, 2015, through November 2, 2015, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, IT IS HEREBY ORDERED that the time from October 1, 2015, through November 2, 2015, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

_10/21/2015_  
DATE

THE HONORABLE PAUL S. GREWAL  
UNITED STATES MAGISTRATE JUDGE

[~~PROPOSED~~] ORDER EXCLUDING TIME  
CR 15-00375 EJD                                                   2